UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIN RAY BUCK, | No. 2:18-cv-0197 KJN P |
| Petitioner, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Respondents. | |

Petitioner is a state prisoner, proceeding without counsel. By order filed February 5, 2018, the instant petition was dismissed, and petitioner was granted thirty days in which to file the appropriate pleading and one that bears his signature. Petitioner was cautioned that failure to file such pleading may result in the dismissal of this action. Thirty days have now passed, and petitioner has not filed an amended pleading or otherwise responded to the court's order.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

////

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 13, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/buck0197.156